STROOCK & STROOCK & LAVAN LLP
DANIEL ROZANSKY (State Bar No. 161647)
MICHAEL J. NIBORSKI (State Bar No. 192111)
BRIAN J. NESE (State Bar No. 235057)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
E-mail:   lacalendar@stroock.com

**NO JS-6**

STROOCK & STROOCK & LAVAN LLP
MATTHEW W. SIEGAL (*Admitted Pro Hac Vice*)
LAWRENCE ROSENTHAL (*Admitted Pro Hac Vice*)
ANGIE M. HANKINS (*Admitted Pro Hac Vice*)
BENJAMIN P. LIU (*Admitted Pro Hac Vice*)
180 Maiden Lane
New York, New York 10038
Telephone: (212) 806-5400
Facsimile: (212) 806-6006
E-mail:   msiegal@stroock.com
          lrosenthal@stroock.com
          ahankins@stroock.com
          bliu@stroock.com

Attorneys for Plaintiff
  FUJIFILM CORPORATION.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FUJIFILM CORPORATION, a Japanese business entity,<br><br>    Plaintiff,<br><br>v.<br><br>ACHIEVER INDUSTRIES LTD., a Hong Kong corporation, <u>et al</u>.<br><br>    Defendants. | Case No.: CV08-593-JFW (Ex)<br><br>Assigned: Hon. John E. Walter<br><br>**FINAL JUDGMENT ON CONSENT AS TO JIMMY CHAN, ACHIEVER INDUSTRIES LTD., DCS TECHNOLOGY LTD., AND NORTEK (MACAO COMMERICAL OFFSHORE) LIMITED**<br><br>Action Filed: 01/29/08<br>Hearing Date:  XX/XX/200X, XX p.m. |

The parties hereto, Plaintiff FUJIFILM Corporation ("Fuji") and Defendants Yet Chan (a/k/a Jimmy Chan), Achiever Industries Ltd., DCS Technologies, Ltd., and Nortek (Macao Commercial Offshore) Limited (the "Achiever Group Defendants") as well as Defendants Cindy Yang (a/k/a Celine Wu), Achiever Group

(Holdings) Ltd., and Nortek Group Limited, (the "Remaining Defendants") have agreed to this Final Judgment on Consent against the Achiever Group Defendants, but not the Remaining Defendants, and hereby stipulate and consent to the following and it is hereby ORDERED as a FINAL JUDGMENT of this Court:

1. This Court has jurisdiction over the subject matter of this action and the parties and venue is proper in this District;
2. The parties acknowledge that the Court has jurisdiction over the subject matter of this action and the parties, and that venue is proper in this district;
3. The Achiever Group Defendants have jointly and severally breached the Settlement Agreement effective March 1, 2007 between them and Fuji, in Case No.: CV 05-08044 JFW, a true copy of which is annexed hereto;
4. The Achiever Group Defendants' affirmative defenses of unclean hands and laches are dismissed with prejudice;
5. Fuji has been damaged by the above referenced breach of the Settlement Agreement in the sum of $1,500,000 plus pre-judgment interest ($62,500);
6. Achiever Group Defendants are jointly and severely liable to Fuji for damages in the amount of $1,562,500;
7. This Judgment on Consent does not itself establish liability against the Remaining Defendants who remain as defendants in this action; and
8. The parties waive all right to appeal from this Judgment.

Dated: May 9, 2008

_____
Honorable John F. Walter
United States District Court Judge